[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 356.]

THE STATE EX REL. GENCORP POLYMER PRODUCTS, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO; BRANDON, APPELLANT.

[Cite as *State ex rel. Gencorp Polymer Products v. Indus. Comm.*, 1998-Ohio-54.]

*Workers' compensation—Court of appeals' judgment reversed and order of Industrial Commission reinstated.*

(No. 97-2366—Submitted August 19, 1998—Decided October 14, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD08-1094.

————————————

*Thompson, Hine & Flory, L.L.P.,* and *Robert W. Myers*, for appellee.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————